1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| MARITZA CAMPOS, | No. 1:26-cv-01600-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

16    Petitioner Maritza Campos is an immigration detainee proceeding with a

17 Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining

18 Order (ECF No. 2).  The Court has previously addressed the legal issues raised in

19 Count 2 of the Petition.  *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-

20 CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 202); *Ortega v. Noem*, No. 1:25-cv-01663-

21 DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, No. 2:25-cv-

22 03174-DJC-CKD, 2025 WL 3124116 (E.D. Cal. Nov. 7, 2025).

23    The Court informed the parties that it intended to rule directly on the petition

24 and ordered Respondents to show cause as to whether there are any factual or legal

25 issues in this case that distinguish it from the Court's prior orders.  (ECF No. 7.)

26 Respondents concede that "[t]here are no significant factual or legal issues in this case

27 that materially distinguish it from this Court's prior Orders[.]"  (ECF No. 8 at 1.)  Neither

28 party objected to the Court ruling directly on the merits of the petition.

1        Accordingly, as Respondents have not made any new legal arguments and

2   have not identified any factual or legal issues in this case that would distinguish it from

3   the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for

4   Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 2, for the reasons stated

5   in those prior orders.[1]

6        Respondents are ORDERED to immediately release Petitioner Maritza Campos

7   from their custody.  Respondents shall not impose any additional restrictions on

8   Petitioner, unless that is determined to be necessary at a future pre-

9   deprivation/custody hearing.  Respondents are permanently ENJOINED AND

10  RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with

11  constitutional protections, which include, at a minimum, pre-deprivation notice

12  describing the change of circumstances necessitating Petitioner's arrest and

13  detention, and a timely hearing.  At any such hearing, the Government shall bear the

14  burden of establishing, by clear and convincing evidence, that Petitioner poses a

15  danger to the community or a risk of flight, and Petitioner shall be allowed to have

16  their counsel present.  This Order does not address the circumstances in which

17  Respondents may detain Petitioner in the event Petitioner becomes subject to an

18  executable final order of removal.

19       The Clerk of the Court is directed to close this case and enter judgment for

20  Petitioner.  This Order resolves all pending motions.

21

22       IT IS SO ORDERED.

23  Dated:  __**February 27, 2026**__

                                    Hon. Daniel J. Calabretta

24                                      UNITED STATES DISTRICT JUDGE

25

26

27  ---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in

28  the Petition.